UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Forever Green Holdings LLC,

**Plaintiff**

-v-

Bullet Line, Inc. D/B/A Bullet Line

**Defendants**

Case No. 1:07-cv-08240-RMB

ECF CASE

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Forever Green Holdings LLC</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      No such entities exist.

Date: <u>September 20, 2007</u>

_____
Signature of Attorney
Michael R. Gilman
**Attorney Bar Code:** MG 7608

Form Rule7_1.pdf