Forever Green Holdings, et. al., Plaintiff(s)
vs.
Bullet Line, Inc. dba Bullet Line, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 085755-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bullet Line, Inc., dba Bullet Line
Court Case No. 07-cv-8240 (RMB)

KAPLAN, GILMAN, ET AL
Jamie Aronson
900 Route 9 North
Woodbridge, NJ 07095

State of: __Florida__ ) ss.
County of: __DADE__ )

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16__ day of __October__, 20 __07__, at __1:15__ o'clock __P__ M

Place of Service: at __15959 N.W. 15th Avenue__, in __Miami, FL 33014__

Documents Served: the undersigned served the documents described as:
Summons in a Civil Case; Civil Cover Sheet; Rule 7.1 Statement; Complaint
Notice of Initial pre-trial conference
3rd Amended Instructions for Filing an Electronic Case or Appeal
Guideline for Electronic Case Filing; Procedures for Electronic Case Filing
Individual practices of Hon. Richard M. Berman & Ind. prac. of Magistrate Judge Debra Freeman

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
Bullet Line, Inc., dba Bullet Line

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Neal Farr  Vice President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __NO__
Approx. Age __55__ ; Approx. Height __6'1__ ; Approx. Weight __250__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __17__ day of __October__, 20 __07__

_____
Notary Public      (Commission Expires)

APS International, Ltd.

Monique A. Patterson
Commission # DD372873
Expires: NOV 17, 2008
www.AaronNotary.com