Berman, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
FOREVER GREEN HOLDINGS LLC,

        Plaintiff,

v.

BULLET LINE, INC. D/B/A
BULLET LINE

        Defendant.
----------------------------------------------------X

Civil Action No. 1:07-cv-08240-RMB

ECF CASE

**30 DAY ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITH LEAVE TO REOPEN**

Plaintiff, Forever Green Holdings LLC, by and through its attorneys, herein represents that the parties have reached oral and written terms of a settlement of this action and that a settlement document has already been executed by defendant, Bullet Line, Inc., and is out for signature by plaintiff.

Therefore, it is **SO ORDERED** by the Court that this case is hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees; except, however, that any party may re-open the case within thirty (30) days of the date of this Order, should the settlement not be finalized. THE CONFERENCE SCHEDULED FOR NOVEMBER 14, 2007 IS VACATED.

_____
Michael R. Gilman (MG 7608), Dated November 9, 2007
KAPLAN GILMAN GIBSON & DERNIER LLP
*Attorneys for Plaintiff*
900 Route 9 North, Suite 504
Woodbridge, NJ 07095
Telephone (732) 634-7634
E-Mail: mgilman@kggd.com

SO ORDERED this 13th day of November, 2007.

_____
The Honorable Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07